No. 125. BERKOWITZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *I. Arnold Ross* and *Daniel Wilkes* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph Kovner* and *Robert A. Bernstein* for the United States.

No. 121. RADIATOR SPECIALTY CO. *v.* MICEK. C. A. 9th Cir. Certiorari denied. *Channing L. Richards* for petitioner. *Horace B. Van Valkenburgh* and *Francis A. Utecht* for respondent.

No. 126. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *William B. Bryant* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 128. DICKIE, ASSIGNEE v. SEWER IMPROVEMENT DISTRICT No. 1 OF DARDANELLE, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied. *William M. Clark* for petitioner.

No. 132. LEWIS ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *William P. Rosenthal* and *Leonard Schanfield* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Norman H. Wolfe* for respondent.

No. 135. DELEGAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Samuel A. Cann* and *Julian Hartridge, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.